IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-cr- |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| CAMERON CURRY, | : | |
| a/k/a "Loot," | : | 18 U.S.C. § 875(d) (Interstate |
| | : | Communications with Intent to Extort); |
| Defendant. | : | 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § |
| | : | 853(p), 28 U.S.C. § 2461(c) |
| | : | (Criminal Forfeiture). |

## INDICTMENT

The Grand Jury charges that, on or about the times and dates stated herein:

### Introduction

At all times relevant to this Indictment:

*The Defendant and Relevant Entities*

1.      Defendant **CAMERON CURRY**, also known as "**Loot**," ("**CURRY**") was a resident of North Carolina.

2.      Company 1, whose identity is known to the Grand Jury, was an international technology corporation, with its United States headquarters located in Washington, D.C. Company 1 had acquired a subsidiary in or about June 2022 and was still in the process of migrating that subsidiary into its corporate structure. Hereinafter, both Company 1 and its subsidiary are referred to as "Company 1."

3. Company 2, whose identity is known to the Grand Jury, was a recruitment consultancy firm headquartered in Raleigh, North Carolina.

4. **CURRY** was employed by Company 2 as a contract Data Analyst beginning on or about August 10, 2023, and was assigned to work with Company 1 beginning on or about August 21, 2023 for an anticipated duration of six months.

5. As part of his official duties, **CURRY** had access to files containing employee and payroll information for employees of Company 1, to include base pay, total target compensation, benefits, and performance analysis information.

6. On or about December 5, 2023, Company 1 informed Company 2 that **CURRY**'s last date of employment would be December 15, 2023. Company 2 provided this update to **CURRY**.

7. Beginning on or about December 5, 2023, and continuing through on or about January 24, 2024, **CURRY** initiated and engaged in a scheme to extort money and cryptocurrency from Company 1 by sending Company 1 email communications containing threats to publicly disseminate sensitive corporate employee data, and injure the property and reputation of Company 1, if Company 1 failed to pay him.

8. On or about December 5, 2023, using the access he had been granted by Company 1 in connection with his data analyst work for Company 1, **CURRY** downloaded, without Company 1's authorization, sensitive corporate employee data files to his corporate laptop and removed them from the corporate device and network with the intent to use the files on personal devices to extort money and other things of value from Company 1.

9. On or about December 7, 2023, Company 1 reported **CURRY** was missing from work. Accordingly, on or about December 8, 2023, Company 2 terminated **CURRY**'s employment.

10. On or about December 11, 2023, **CURRY** created the Microsoft email account lootsoftware@outlook.com under the moniker "Loot."

11. On or about January 8, 2024, **CURRY** created a Coinbase account to service Bitcoin wallet 33Dh8QFYdYH6Dcfauwu2YR4neuyriaqfcF.

12. From December 11, 2023 to January 23, 2024, using email address lootsoftware@outlook.com, **CURRY** sent over 60 emails to various Company 1 employees containing threats to disclose Company 1's sensitive corporate employee data unless Company 1 paid him.

13. As a result of **CURRY**'s extortionate emails, Company 1 made two payments to **CURRY** in Bitcoin. On or about January 9, 2024, Company 1 paid **CURRY** Bitcoin worth approximately $2,478.80 USD. On or about January 23, 2024, Company 1 paid **CURRY** Bitcoin worth approximately $5,062 USD. These payments were made to the Bitcoin wallet 33Dh8QFYdYH6Dcfauwu2YR4neuyriaqfcF.

## COUNT ONE

14. On or about December 11, 2023, in the District of Columbia and elsewhere, the defendant,

### CAMERON CURRY,

knowingly transmitted in interstate and foreign commerce, from North Carolina to the District of Columbia, with intent to extort from Company 1 money and other things of value, the following email communication, from lootsoftware@outlook.com and with the subject line "LOOT DATA

LEAK(DOCUSIGN AGREEMENT ATTACHED)," containing a threat to injure the property and reputation of Company 1, the addressee:

> To whom it may concern,
>
> I am the founder of a company called Loot. We have recently partnered with your company to implement salary transparency within your organization. As you roll out Salary Statements for 2024, we would like to share your organization's salaries with everyone in the company. Salary transparency is crucial as the cost of living rises. Loot and our partners aim to ensure that everyone is being paid accordingly, providing employees with the leverage they deserve while also adhering to federal government regulations on protected acts.
>
> Please sign the documents sent through DocuSign, which is linked to this email. The pricing is firm and will not be negotiated. Late responses, no responses, or negotiations of the lump sum payment will result in the automatic publication of the site and distribution of files to your organization. Let's kick start salary transparency!
>
> Attached, you will find an introduction, a DocuSign settlement that you will also get in another email to sign, the organization's sample email that will be sent to all of your employees if we do not come to an agreement, and proof that we have all your company information. Once the documentation is sent, we will then provide routing information. DocuSign passwords are your employee ID numbers. Once everything is signed and sent back, I will send you back my signature as well as proof of deletion of all company records which is also in the agreement.
>
> Thanks,
> Loot

15.     **CURRY** attached to that email five attachments, consisting of two image files and three .pdf files.

16.     The two image files contained screenshot images from spreadsheets listing PII of Company 1 employees, to include their names, dates of birth, home addresses, and compensation information.

17.     The three .pdf files were named "Loot_Introduction_12_12," "CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE.pdf," and "Org_Sample_Email_12_12."  **CURRY** created the "Loot_Introduction_12_12" and

"CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE.pdf" files on or about December 11, 2023.

18.     The .pdf file named "Loot_Introduction_12_12" contained a logo with the word "LOOT" and was dated "Dec 12, 2023." The attachment stated as follows:

> To Whom It May Concern:
>
> I am the founder of Loot, this email pertains to the matter mentioned above, and I formally request the preservation of all documents related to this issue in accordance with the Federal Rules of Civil Procedure, Rule 37. Further correspondence regarding this matter should be directed to my personal email at lootsoftware@outlook.com.
>
> We have large file sizes of your encrypted data that contains your employee's salary information, merit increases, promotions, department budgets, all employee emails and more.
>
> Loot is similar to platforms such as https://www.glassdoor.com/Salaries/index.htm and levels.fyi, allows for anonymous sharing of total compensation information based on job titles. Which are very similar to the tool I created and now own rights to as well as security packages that will allow your company data to stay safe and protected. You can find a list of Data Privacy recommendations attached in this email.
>
> For legal matters, I propose utilizing DocuSign for handling documentation. I trust that an amicable resolution for both parties can be reached within the next three (3) business days. You can reach me via email at lootsoftware@outlook.com for all questions. Any form of negotiation or no response within the 3 days will opt you out of the agreement and we will send all employee information out to each employee in your org and they will see everyone salary creating a hostile work environment, retention issues or the company failing if you have to adjust half your org salaries right before merit increase come out.

19.     The .pdf file named "CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE.pdf" contained the date "December 12, 2023." In a paragraph titled "2. Release and General Waiver," this file stated, "In consideration of the payment of $2,500,000 USD (Two Million Five Hundred Thousand), as detailed in Section 5 below, Loot hereby releases and forever discharges [Company 1], along with its officers, directors, employees, and agents, from

any and all claims, liabilities, demands, actions, causes of action, costs, and expenses, whether at law or in equity, known or unknown, arising out of or in connection with the creation and distribution of Loot." In a paragraph titled "5. Lump Sum Payment," the file stated, "The Company agrees to make a lump sum payment of $2,500,000 to Loot."

**(Interstate Communications with Intent to Extort,
in violation of Title 18, United States Code, Section 875(d)).**

### COUNT TWO

20. On or about December 13, 2023, in the District of Columbia and elsewhere, the defendant,

### CAMERON CURRY,

knowingly transmitted in interstate and foreign commerce, from North Carolina to the District of Columbia, with intent to extort from Company 1 money and other things of value, the following email communication, from lootsoftware@outlook.com and with the subject line "(URGENT)24 HOURS TO RESPOND! [Company 1] DATA," containing a threat to injure the property and reputation of Company 1, the addressee:

Hello,

> This is Loot, a company that enables employees to access full pay transparency within the organization. Currently, we maintain all financial records for the company and will disclose them if an agreement is not reached. Should you have any questions, please feel free to reach out before the deadline. We will send out salary emails to ensure that everyone is aware of their expected compensation. Additionally, we will provide instructions on how to address pay discrimination through mediation without the need for legal representation through the EEOC or start a class action suit for them. Please find attached screenshot of our website that we will post documents for a subscription price your employees will more than likely pay for to access lots of documents.

> Attached is your legal team's salary information only one person is getting paid a bonus when most people in the company who do high professional position do. Lets kick start salary transparency!

        Negotiations are on the table for the next 24 hours. Price is firm, contract details are negotiable.

Thank you,
Loot

**(Interstate Communications with Intent to Extort,
in violation of Title 18, United States Code, Section 875(d)).**

## COUNT THREE

21.    On or about December 18, 2023, in the District of Columbia and elsewhere, the defendant,

**CAMERON CURRY,**

knowingly transmitted in interstate and foreign commerce, from North Carolina to the District of Columbia, with intent to extort from Company 1 money and other things of value, the following email communication, from lootsoftware@outlook.com and with the subject line "NEW SEC LAW! REPORT BREACH OR WE WILL!", containing a threat to injure the property and reputation of Company 1, the addressee:

Hello,

        On December 18th, 2023, a new SEC law is in effect. If you fail to comply with the law and not report a data breach, as mandated by the law, you will be anonymously reported to the **SEC IMMEDIATELY**. This information will now be public to your shareholders therefore negotiations are allowed for now since there will be damage to the company if we report and we would like to prevent that with an agreement. Please report or negotiate otherwise, this will be made public through the **SEC IMMEDIATELY**, impacting your stocks & company once we have someone anonymously report you to the SEC.

        New SEC law On December 18th, 2023 the Securities and Exchange Commission requires registrants to disclose on the new Item 1.05 of Form 8-K any cybersecurity incident they determine to be material and to describe the material aspects of the incident's nature, scope, and timing, as well as its material impact or reasonably likely material impact on the registrant.

*REPORT BREACH OR YOU WILL BE REPORTED ANONYMUSLY OR MAKE AN AGREEMENT SO YOUR STOCKS WON'T GET SHORTENED AND KEEP YOUR DATA CONFIDENTIAL!*

*MAKE SURE BREACH IS DETAILED IF YOU REPORT TO SEC OR WE WILL LIST ALL THE DETAILS TO SEC IF NO AGREEMENT IS MET!*

*WE WILL ALSO ADD [Company 1] INTO THIS SEC REPORTING IF AN AGREEMENT IS NOT MET!*

**(Interstate Communications with Intent to Extort, in violation of Title 18, United States Code, Section 875(d)).**

## COUNT FOUR

22. On or about December 28, 2023, in the District of Columbia and elsewhere, the defendant,

**CAMERON CURRY,**

knowingly transmitted in interstate and foreign commerce, from North Carolina to the District of Columbia, with intent to extort from Company 1 money and other things of value, the following email communication, from lootsoftware@outlook.com and with the subject line "EMPLOYEES WILL KNOW EVERYONE PAY!", containing a threat to injure the property and reputation of Company 1, the addressee:

Hello [Company 1] & [Company 1],

As we have not received a response, we will commence the process of disseminating salary information starting January 1,2024 in phases to all employees and will report you to the SEC after for not reporting the breach. Initially, the first salary information will be sent via LinkedIn and email to each Vice President (VP) and Senior Vice President (SVP), along with your Senior and Principal members of the technical team first. Subsequently, in the following month, we will extend this process to Software Engineers it will not go out all at one time and continue gradually just in case you want to buy your data back if things start have a negative impact on the company.

If you wish to reclaim your data, we recommend doing so promptly at 2.5 million USD in order to save your company and stocks, as each subsequent month

will incur a $100,000 USD increase. Discrepancies in your books are currently over 16 million USD, posing a potential risk for retention issues, a hostile work environment, resentment, and more.

Kindly be aware that we will provide each employee our contact information should they choose to pursue legal action or join a class-action lawsuit we will set up an EEOC interview for each employee who chooses to do so. We strongly advise employees to consider exploring new job opportunities and, especially for underpaid women, to participate in a class-action suit.

Thanks,
Loot

23. As part of this email communication, **CURRY** included an embedded image of a spreadsheet listing Company 1 employees' names, job titles, and compensation information, which information **CURRY** obtained from a file he downloaded to his Company 1-issued laptop on or about December 5, 2023.

**(Interstate Communications with Intent to Extort,
in violation of Title 18, United States Code, Section 875(d)).**

## COUNT FIVE

24. On or about January 9, 2024, in the District of Columbia and elsewhere, the defendant,

**CAMERON CURRY,**

knowingly transmitted in interstate and foreign commerce, from North Carolina to the District of Columbia, with intent to extort from Company 1 money and other things of value, the following email communication, from lootsoftware@outlook.com and with the subject line "Re: PAYMENT ARRANGMENT," containing a threat to injure the property and reputation of Company 1, the addressee:

Hello [Company 1],

We are pleased to come to an agreement and want you to know your data will not

be going out any further once the below is met. 😊

We would like the payment to be sent through Bitcoin instead here is the Bitcoin address -

33Dh8QFYdYH6Dcfauwu2YR4neuyriaqfcF

The data will be deleted once a nice counter offer is paid. It should be no less than 1.5 million with maybe an additional 100k - 200k scraped off due to the 6 additional people that went out. If not 3 people will be sent their manager negative comments with the manager CC in the email. $2,500 test payment should be made today January 9, 2024. And the Counter offer payment should be made within 7 - 10 business days starting January 9, 2024.

Once payment is sent, we will send conformation of all files being deleted through screen recordings and videos while also recording us flushing the flash drive away and handing over some serious business recommendation to protect your company I mean serious business recommendations since this is your 2nd breach within 1 year. We do not want this to happen again.

Thanks,
Loot

**(Interstate Communications with Intent to Extort,
in violation of Title 18, United States Code, Section 875(d)).**

## COUNT SIX

25. On or about January 22, 2024, in the District of Columbia and elsewhere, the defendant,

**CAMERON CURRY,**

knowingly transmitted in interstate and foreign commerce, from North Carolina to the District of Columbia, with intent to extort from Company 1 money and other things of value, the following email communication, from lootsoftware@outlook.com and with the subject line "RE: LOOT PAYMENT," containing a threat to injure the property and reputation of Company 1, the addressee:

Hello [Company 1],

Thank you for your cooperation in reaching a final agreement. We want to assure you that your data will remain confidential and will not be sent, distributed, or posted. This matter is highly confidential and will not be discussed further. We would like the Bitcoin payment before 1/23/2024 by 5:00 PM EST as agreed upon. Attached, you'll find proof of your deletion: a picture of the MacBook being wiped clean, along with an Apple Watch displaying the current date and time. You should see in our IP address we used IOS software. Upon payment, we will provide a picture of the flash drive being securely disposed of. If you would like video conformation for additional confirmation, please let us know by EOD. Again, our Bitcoin address is -

33Dh8QFYdYH6Dcfauwu2YR4neuyriaqfcF

Thank You!

26. As part of this email communication, **CURRY** included an embedded image of an Apple MacBook laptop and watch.

**(Interstate Communications with Intent to Extort,
in violation of Title 18, United States Code, Section 875(d)).**

## NOTICE OF FORFEITURE

The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 875 set forth in Counts One through Six of this Indictment, the defendant,

**CAMERON CURRY,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

## MONEY JUDGMENT

In the event of conviction, the United States intends to seek a money judgment.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

A TRUE BILL:

FOREPERSON

*Matthew M. Graves* /KLR

Attorney of the United States in
and for the District of Columbia