UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 24-cr-00252 (JMC) |
| | : | |
| **CAMERON CURRY** | : | |
| a/k/a "Loot", | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO DISMISS INDICTMENT PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, with the consent of Defendant, for the Court to dismiss the indictment herein against Defendant without prejudice pursuant to Federal Rules of Criminal Procedure 48(a). In support of said motion, the government states as follows:

1. On May 23, 2024, Defendant was indicted by a federal Grand Jury sitting in the District of Columbia with six counts of interstate communications with intent to extort, in violation of 18 U.S.C. § 875(d). The indictment generally alleges an extortion scheme whereby Defendant sent multiple emails to various Company 1 employees threatening to reveal private payroll and company information, if Company 1 did not pay to not disclose the information.

2. On or about September 27, 2024, Defendant entered a guilty plea to Count One of the indictment. *See* ECF Nos. 32, 33. A sentencing hearing was scheduled for February 24, 2025.

3. On March 24, 2025, Defendant filed a Motion to Withdraw Guilty Plea. *See* ECF No. 35. On March 25, 2025, at a status hearing the Court granted Defendant's motion and allowed Defendant to withdraw his guilty plea.

4. On April 7, 2025, the Court issued a Pretrial Scheduling Order and scheduled this matter for jury trial to commence on August 25, 2025. *See* ECF No. 48.

5.  On May 28, 2025, Defendant filed a Motion to Dismiss the indictment based upon allegations that the venue in the District of Columbia was improper. *See* ECF No. 51.

6.  On June 9, 2025, the government filed a Consent Motion to Extend the Time to Respond to Defendant's Motion to Dismiss, informing the Court that it was considering whether another district might be a more appropriate venue for this case.

7.  On June 16, 2025, the Court granted the government's motion and extended the time in which the government could respond to Defendant's Motion until June 25, 2025.

8.  On June 17, 20205, a federal Grand Jury in the Western District of North Carolina ("WDNC") indicted Defendant on six counts of interstate communications with intent to extort, in violation of 18 U.S.C. § 875(d), in Case No. 25-cr-000148 (KDB). The WDNC indictment contains allegations relating to the same extortion scheme charged in this matter. A summons has been issued for Defendant to appear in the District Court in the Western District of North Carolina on July 14, 2025 at 10:00 a.m.[1] Therefore, pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the indictment in this matter against Defendant without prejudice. The government cites the indictment in the Western District of North Carolina, as the reason for the dismissal.

---

[1] On June 18, 20205, Defendant agreed to accept service of the summons through his current counsel. Defense Counsel also indicated Defendant's consent to the instant Motion to Dismiss Indictment.

WHEREFORE, the government respectfully moves the Court to grant its motion and dismiss the indictment in this matter without prejudice.

                                  Respectfully submitted,

                                  JEANINE FERRIS PIRRO
                                United States Attorney

By:      */s/ Diane G. Lucas*_____
          Joseph A. Misher, Special Assistant United States Attorney
          Diane G. Lucas, Assistant United States Attorney
          D.C. Bar No. 1619739 (Misher)
          D.C. Bar No. 443610 (Lucas)
          601 D Street, N.W.
          Washington, DC 20530
          Joseph.Misher@usdoj.gov
          Diane.Lucas@usdoj.gov
          (202) 658-8806 (Misher)
          (202) 252-7724 (Lucas)